**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6924**

_____

DE'ANTE OCTARIO HOWARD,

                Plaintiff - Appellant,

        v.

KEITH A. KUHNE, Doctor; LARRY JONES, Doctor; DAVID GUINN,
Physician's Assistant; RUSSELL MCGALLARD, Medical Department
Director,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Frank D. Whitney,
Chief District Judge.  (5:13-cv-00062-FDW)

_____

Submitted:  December 28, 2016      Decided:  January 13, 2017

_____

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

De'Ante Octario Howard, Appellant Pro Se.  Kelly Street Brown,
Elizabeth Pharr McCullough, YOUNG MOORE & HENDERSON, PA,
Raleigh, North Carolina; Kimberly D. Grande, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

De'Ante Octario Howard appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Howard v. Kuhne, No. 5:13-cv-00062-FDW (W.D.N.C. June 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED